[Cite as *Wilhelm v. Ohio Dept. of Natural Resources*, 2010-Ohio-549.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us


RANDY WILHELM

    Plaintiff

    v.

OHIO DEPARTMENT OF NATURAL RESOURCES

    Defendant

        Case No. 2006-07902

Judge Joseph T. Clark
Magistrate Anderson M. Renick

<u>JUDGMENT ENTRY</u>


{¶ 1}  On December 14, 2009, the magistrate issued a decision recommending that plaintiff's claim of selective enforcement be dismissed, and that judgment be rendered for defendant on plaintiff's remaining claims.

{¶ 2}  Civ.R. 53(D)(3)(b)(i) states, in part:  "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)."  No objections were filed.

{¶ 3}  The court determines that there is no error of law or other defect evident on the face of the magistrate's decision.  Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein.  Plaintiff's claim of selective enforcement is DISMISSED, and judgment is rendered in favor of defendant on plaintiff's remaining claims.  Court costs are assessed against plaintiff.  The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

Case No. 2006-07902                    - 2 -                    JUDGMENT ENTRY


_____
JOSEPH T. CLARK
Judge

cc:

Daniel R. Forsythe                     Leonard W. Yelsky
Peter E. DeMarco                       Norman L. Sirak
Assistant Attorneys General            75 Public Square
150 East Gay Street, 18th Floor        Cleveland, Ohio 44113
Columbus, Ohio 43215-3130

AMR/cmd
Filed February 1, 2010
To S.C. reporter February 16, 2010